# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF GEORGIA
# VALDOSTA DIVISION

| | |
|---|---|
| **CAROLYN WEBB,** | : |
| Plaintiff, | : |
| v. | : Civil Action No. 7:05-cv-126(HL) |
| **JO ANN B. BARNHART,** **Commissioner of Social Security,** | : |
| Defendant. | : |

## ORDER

The Recommendation of United States Magistrate Judge Richard L. Hodge, entered January 23, 2007 (Doc. 17), in the above-captioned case is before the Court. No written objections to the Recommendation have been filed, as permitted by 28 U.S.C. § 636(b)(1). The Court, having given careful consideration to the Recommendation, hereby accepts the same with the following modification to correct a scrivener's error: The first clause of the last sentence on page four which reads, "Inasmuch as the Commissioner's final decision in this matter is not supported by substantial evidence and was reached through a proper application of the legal standards," is stricken. New language, which reads, "Inasmuch as the Commissioner's final decision in this matter is not supported by substantial evidence and was reached through a**n im**proper application of the legal standards," is added in its place.

**SO ORDERED**, this the 20th day of March, 2007.

*s/ Hugh Lawson*
**HUGH LAWSON, JUDGE**

mls